WILLIAM MIFSUD v. BOROUGH OF HAWORTH.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. BARBARA WILSON.

December 19, 1978. Petition for certification denied. (See 158 *N. J. Super.* 1)

LEWIS C. STANLEY v. HOWARD J. GOLDBERG.

December 19, 1978. Petition for certification denied.

PISCATAWAY TOWNSHIP BOARD OF EDUCATION v. FRED G. BURKE.

December 19, 1978. Motion to dismiss appeal granted. (See 158 *N. J. Super.* 436)

ANGIE SITES v. JOHNS-MANVILLE PRODUCTS CORP.

December 20, 1978. Petition for certification is dismissed as having been improvidently granted. Schreiber, J., disesnting.